UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
v.                           )        Case No. 4:23 CR 412 RWS
                             )
CHARLES LEE ANDERSON,        )
                             )
            Defendant.       )

## ORDER

On May 23, 2023, officers of the Maryland Heights, Missouri Police Department conducted a traffic stop of Defendant Charles Anderson's vehicle for an inoperable passenger-side brake light.  An officer conducted a pat-down search of Anderson's person after he exited his vehicle.  During the traffic stop Anderson informed the police officers that he was a convicted felon.  While conducting the traffic stop the officers received consent from Anderson and his passenger to conduct a search of the vehicle.  The passenger informed the officers that there was a firearm in the center console of the vehicle.  The passenger told the officers that it was her firearm.  The officers recovered a firearm from the center console along with court-related paperwork regarding Anderson and a cell phone that Anderson had been asking to retrieve.  The officers searched the trunk of the vehicle and discovered a firearm holster and men's toiletries in a bag.  At that point Anderson was arrested for being a felon in possession of a firearm.  After he was transported

from the scene the officers continued their search of the truck of Anderson's car. They discovered a sawed-off shotgun in a trash bag.

On August 9, 2023, Anderson was charged in a two-count indictment with possession of an unregistered firearm in violation of 26 U.S.C. §§ 5841, 5845, 5861(d), and 5771 and to being a felon in possession of firearms in violation of 18 U.S.C. § 922(g)(1).  On July 24, 2024, Anderson filed motions to suppress physical evidence and statements.  Anderson argues that he was seized and that an impermissible search of his person was conducted by the officers.  He argues that the firearm from the center console and the shotgun in the trunk should be suppressed as fruit of the poisonous tree.  He also moved to suppress the statements he made during the traffic stop and the statements he made at the police station after he was given his <u>Miranda</u>[1] rights as fruit of the poisonous tree.

On October 3, 2024, a United States Magistrate Judge Noelle C. Collins held an evidentiary hearing on Anderson's motion to suppress.  The parties filed post-hearing briefs.  Judge Collins held a supplemental hearing on January 28, 2025. On March 6, 2025, Judge Collins filed a report and recommendation that Anderson's motions to suppress should be granted in part and denied in part. Judge Collins recommended that any evidence found in the pat-down search of Anderson during the traffic stop should be suppressed.  She also recommended that

---

[1] <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966).

any incriminating statements Anderson made after being arrested at the scene until he was provided with his <u>Miranda</u> rights at the police station should be suppressed. Outside of these two exclusions, Judge Collins recommends that Anderson's motions to suppress should be denied.

On March 27, 2025, Anderson filed an objection to the Judge Collins' report and recommendation.  Plaintiff United States filed a response to Anderson's objections on April 2, 2025.

I have performed a de novo review of Anderson's motion, including reviewing the parties' initial briefs, the hearing transcripts, the post-hearing briefs, and the objection and response briefs.  I agree with the Judge Collins' thoughtful and thorough report and recommendation that Anderson's motions should be granted in part and denied in part for the reasons stated in her report.

Accordingly,

**IT IS HEREBY ORDERED that** I hereby adopt and incorporate Magistrate Judge Noelle C. Collins' report and recommendation dated March 6, 2025 [94].

**IT IS FURTHER ORDERED that** Defendant Charles Lee Anderson's motions to suppress [58 and 59] are **GRANTED in part** and **DENIED in part** as stated in Judge Collins' report and recommendation.

**IT IS FURTHER ORDERED that** Plaintiff United States of America's motion for an extension of time to file a response to Anderson's motions [61] is **GRANTED**.


RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of May, 2025.